IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, § | |
| *Plaintiff,* § | |
| § | |
| v. § | NO.   7:17-CV-048 DC |
| § | |
| OSCAR AGUIRRE, JR., and § | |
| TRIPP CONSTRUCTION, INC., § | |
| *Defendants,* § | |
| § | |
| AND § | |
| § | |
| TRIPP CONSTRUCTION, INC., § | |
| *Counter-Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| UNION PACIFIC RAILROAD COMPANY, § | |
| *Counter-Defendant.* § | |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice [Doc. 98] filed May 22, 2018.

IT IS ORDERED all claims and causes of action asserted by Plaintiff/Counter Defendant, Union Pacific Railroad Company against Defendant, Oscar Aguirre, Jr., and Defendant/Counter-Plaintiff, Tripp Construction, Inc., are hereby DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED all the counter-claims and causes of action asserted by Defendant/Counter-Plaintiff, Tripp Construction, Inc., against Plaintiff/Counter-Defendant, Union Pacific Railroad Company are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED all attorney fees, expenses, and court costs shall be borne by the party incurring the same.

IT IS FINALLY ORDERED all pending motions pertaining to Plaintiff/Counter-Defendant, Union Pacific Railroad Company, Defendant, Oscar Aguirre, Jr., and/or Defendant/Counter-Plaintiff, Tripp Construction, Inc., if any, are DENIED AS MOOT, and all relief not expressly granted in this Order is DENIED.

It is so **ORDERED**.

SIGNED this 24th day of May, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE